**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **YERICEDT CATERINE GONZALEZ LAGUNA #A240-604-322** | **CASE NO. 6:26-CV-01643 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS, DONE AND SIGNED** in Chambers this 24th day of August, 2026.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**